Edward Kennedy
401 T. Illy X Rd.
Dennisville PA 19031

Clerk of Court
US District Court w D of PA
U.S. Courthouse
700 Grant St
Pittsburgh PA .c2.19




U.S. POSTAGE PAID
FCM LG ENV
KUTZTOWN, PA
19530
FEB 06, 19
AMOUNT
$1.90
R2305K142176-04