# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CIVIL DOCKET FOR CASE #: 2:19−cv−00153−CB

| | |
|---|---|
| KENNEDY v. THE UNITED STATES OF AMERICA et al<br>Assigned to: Judge Cathy Bissoon<br>Cause: 18:1961 Racketeering (RICO) Act | Date Filed: 02/11/2019<br>Date Terminated: 02/15/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 470 Racketeer/Corrupt Organization<br>Jurisdiction: Federal Question |

**Plaintiff**

**EDWARD THOMAS KENNEDY**  represented by  **EDWARD THOMAS KENNEDY**
401 Tillage Road
Breinigsville, PA (570) 609−1810
(415−275−1244
PRO SE

V.

**Defendant**

**THE UNITED STATES OF AMERICA**

**Defendant**

**UNITED STATES DEPARTMENT OF STATE**

**Defendant**

**PENNSYLVANIA STATE POLICE**

**Defendant**

**COUNTY OF LEHIGH PENNSYLVANIA**

**Defendant**

**UPPER MACUNGIE TOWNSHIP**

**Defendant**

**THE MACMAIN LAW GROUP LLC**

**Defendant**

**DAVID J. MACMAIN**

**Defendant**

**MATTHEW J. CONNELL**

**Defendant**

**BRIAN H. LEINHAUSER**

**Defendant**

**DAVID M. BACKENSTOE**

*and*

**Defendant**

**JOSEPH N. HANNA**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2019 | 1 | MOTION for Leave to Proceed in forma pauperis by EDWARD THOMAS KENNEDY. (Attachments: # 1 Complaint, # 2 Civil Cover Sheet, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Envelope) (jv) (Entered: 02/11/2019) |
| 02/14/2019 | 2 | ORDER TRANSFERRING CASE. As venue is not proper in this District, it is hereby ORDERED that the Clerk of Court shall TRANSFER this case to the United States District Court for the Eastern District of Pennsylvania FORTHWITH. Signed by Judge Cathy Bissoon on 2/14/19. (wss) (Entered: 02/14/2019) |