IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 19-748** |
| | : | |
| **THE UNITED STATES** | : | |
| **OF AMERICA,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 25th day of February 2019, upon considering *pro se* Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), proposed Complaint and Exhibits (ECF Doc. Nos. 1-1, 1-3, and 1-4), our February 11, 2019 Order (ECF Doc. No. 16) entered in *Kennedy v. County of Lehigh, Pa.*, No. 19-163, in which we enjoined Plaintiff from submitting further filings regarding "issues pending or dismissed without paying the requisite filing and administrative fees", and finding this case also challenges conduct raised in dismissed and pending cases, it is **ORDERED**:

1. The proposed Complaint seeks to raise claims which are either pending or have been dismissed and therefore falls within the ambit of our injunction against him;

2. The Clerk of Court shall return Plaintiff's documents to him along with a copy of our February 11, 2019 Order (ECF Doc. No. 16) entered in *Kennedy v. County of Lehigh, Pa.*, No. 19-163; and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**